IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC and AMNEAL PHARMACEUTICALS INDIA PVT. LTD., <br><br> Defendants. | Civil Action No.: 1:15-cv-01585-JBS-KMW |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Otsuka Pharmaceutical Co. Ltd. and Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals India Pvt. Ltd., through their undersigned counsel of record, that all claims, counterclaims and affirmative defenses in this matter, Civil Action No. 15-cv-01585, concerning U.S. Patent No. 8,017,615, U.S. Patent No. 8,580,796 and U.S. Patent No. 8,642,760, are hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

Dated: July 12, 2019          Respectfully submitted,

| | |
|---|---|
| s/ *Melissa A. Chuderewicz* <br> Melissa A. Chuderewicz <br> **PEPPER HAMILTON LLP** <br> *(A Pennsylvania Limited Liability Partnership)* <br> Suite 400 <br> 301 Carnegie Center <br> Princeton, New Jersey 08543-5276 <br> (609) 452-4808 | s/ *Rebekah Conroy* <br> Rebekah Conroy <br> **STONE CONROY LLC** <br> 25A Hanover Road, Suite 301 <br> Florham Park, New Jersey 07932 <br> (973) 400-4181 <br> rconroy@stoneconroy.com |

| | |
|---|---|
| chuderem@pepperlaw.com<br><br>Of counsel:<br>James B. Monroe<br>Paul W. Browning<br>Eric J. Fues<br>Denise Main<br>FINNEGAN, HENDERSON,<br>FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Otsuka Pharmaceutical Co., Ltd.* | Of counsel:<br>Ronald M. Daignault<br>GOLDBERG SEGALLA LLP<br>711 Third Avenue – Suite 1900<br>New York, NY 10017<br>(646) 292-8700<br>rdaignault@goldbergsegalla.com<br><br>*Attorneys for Defendants and*<br>*Counterclaim-Plaintiffs Amneal*<br>*Pharmaceuticals LLC and Amneal*<br>*Pharmaceuticals India Pvt. Ltd.* |

**ORDER**

**SO ORDERED**:

This  15th  day of  July , 2019

At Camden, New Jersey

Noel L. Hillman
for
JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE